DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Jones v. Davis<br><br>Case below:<br>163 N.C. App. 628 | No. 232A04 | 1. Plts' (Jones, Southard, M/M Bowers and M/M Sammons) NOA Based Upon a Dissent (COA03-594)<br><br>2. Def's (Surry County) PWC to Review the Decision of the COA | 1. ——<br><br><br><br>2. Allowed<br>10/06/04 |
| Larkin v. Larkin<br><br>Case below:<br>165 N.C. App. 390 | No. 452A04 | 1. Def's NOA Based on a Dissent<br><br>2. Def's PDR as to Additional Issues (COA03-1091) | 1. ——<br><br>2. Denied<br>10/06/04 |
| Leverette v. Batts Temp. Servs., Inc.<br><br>Case below:<br>165 N.C. App. 328 | No. 411P04 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-818) | Denied<br>10/06/04 |
| McCormick v. Hanson Aggregates Southeast, Inc.<br><br>Case below:<br>164 N.C. App. 459 | No. 304P04 | 1. Plt's Motion for Temporary Stay (COA03-630)<br><br>2. Plt's Petition for Writ of Supersedeas<br><br>3. Plt's NOA Based Upon a Constitutional Question<br><br>4. Plt's PDR Under N.C.G.S. § 7A-31<br><br>5. Def's Motion to Dismiss Appeal | 1.Stay Dissolved<br>**08/20/04**<br><br>2. Denied<br>**08/20/04**<br><br>3. ——<br><br><br>4. Denied<br>**08/20/04**<br><br>5. Allowed<br>**08/20/04** |
| Miyares v. Forsyth Cty.<br><br>Case below:<br>165 N.C. App. 543 | No. 478P04 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1278) | Denied<br>10/06/04 |
| N.C. Indus. Capital, LLC v. Rushing<br><br>Case below:<br>163 N.C. App. 204 | No. 157P04 | 1. Def's (West's Charlotte Transfer & Storage, Inc.) Petition for Supersedeas (COA03-274)<br><br>2. Def's (West's Charlotte Transfer & Storage, Inc.) PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>**08/23/04**<br><br><br>2. Denied<br>**08/23/04** |
| N.C. State Bar v. Rogers<br><br>Case below:<br>164 N.C. App. 648 | No. 341P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-706)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. N.C. State Bar's Motion to Dismiss Appeal<br><br>4. Def's Motion to Amend PDR | 1. ——<br><br><br>2. Denied<br>10/06/04<br><br>3. Allowed<br>10/06/04<br><br>4. Denied<br>10/06/04 |